25365. ALLEN *v.* THE STATE.

MacINTYRE, J. The evidence supported the verdict of guilty of having a pistol without license, and the court did not err in overruling the motion for a new trial, which contained only the general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 31, 1936.

W. I. *Geer,* for plaintiff in error.

R. A. *Patterson,* solicitor-general, *Hooper & Hooper,* contra.